**Order entered December 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01571-CV

## IN RE TARRANT COUNTY REPUBLICAN PARTY, Relator

**Original Proceeding from Tarrant County, Texas[1]**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** this original proceeding.

/s/     DAVID J. SCHENCK
         JUSTICE

---

[1] The Second Court of Appeals certified this original proceeding to this Court stating they were unable to assemble a panel to take immediate action in this original proceeding because members of the court are recused. *See* TEX. R. APP. P. 17.2.